IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff/Respondent, )<br>)<br>vs. )<br>)<br>RICKY BARKSDALE GREEN, )<br>)<br>   Defendant/Movant. ) | NO. CV 10-930 MCA / LFG<br>   CR 06-2605 MCA |

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER having come before the Court upon the Government's motion for a 30-day extension of time within which to answer defendant's Motion to Vacate, Set Aside or Correct Sentence filed September 29, 2010, and the Court having reviewed the motion and being fully advised in the premises, FINDS that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the United States' shall answer defendant's Motion to Vacate, Set Aside, or Correct Sentence by November 26, 2010.

*Lorenzo F. Garcia*
LORENZO F. GARCIA
United States Magistrate Judge

N:\LRomero\Renee\2255\Green Ricky.order_ext respond.wpd